```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/17/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   UNITED STATES OF AMERICA, ex rel.,
   MATHEW THOMAS, JR.,

                                                **Plaintiffs,**

                -against-

   NEW YORK CITY HEALTH AND
   HOSPITALS CORPORATION, HHC
   HEATLH AND HOME CARE, and THE
   CITY OF NEW YORK,

                                                **Defendants.**
-------------------------------------------------------------x

**13-cv-1911 (ALC)**

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., United States District Judge:**

      Relator Mathew Thomas, Jr. (hereinafter, "Relator") initiated this case pursuant to the False Claims Act ("FCA"). 31 U.S.C. §§ 3729 *et seq*. On May 31, 2019, the Court ordered Relator to show cause as to why this action should not be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). ECF No. 25. The Court provided Relator until June 28, 2019 to respond. On June 5, 2019, the Government notified the Court that it consents to the dismissal of this action because the Government does not intend to pursue the claims set forth in the complaint. To date, Relator has not responded. Accordingly, this case is hereby **DISMISSEED** without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED.**

**Dated:     April 17, 2020**
             **New York, New York**

                                                           _____
                                                             **HON. ANDREW L. CARTER, JR.**
                                                              **United States District Judge**